IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KIM BAKER,<br>*Individually and on behalf of all others*<br>*similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>KARE MANAGEMENT<br>SOLUTIONS, LLC<br><br>Defendant. | Civil Action No. 1:18-cv-465 (AJT/MSN) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 14] of the Magistrate Judge recommending that Plaintiff's Motion for Default Judgment [Doc. No. 11] be granted. The Magistrate Judge advised the parties that objections to the Report and Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 11] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment, be and the same hereby is, ENTERED in favor of Plaintiff and against Defendant in the amount of $58,900.38, representing $29,450.19 for unpaid wages and an equal amount in liquidated damages; and it is further

ORDERED that default judgment, be and the same hereby is, ENTERED in favor of Plaintiff and against Defendant in the amount of $11,986.15 for attorneys' fees and costs.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to all counsel of record, and mail a copy to Defendant at its address of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 19, 2018